# BARCLAY DAMON LLP

**John D. Cook**
*Partner*

August 16, 2023

<u>**VIA CM/ECF**</u>

Hon. Arun Subramanian
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY  10007

      Re:    *SitNet LLC v. Meta Platforms, Inc.*
                Case No. 1:23-cv-06389-AS

Dear Judge Subramanian:

      We, along with co-counsel DiCello Levitt LLC, represent plaintiff SitNet LLC ("SitNet") in the above-referenced case.

      Yesterday, we received a request from defendant Meta Platforms, Inc. ("Meta") to consent to an extension of its deadline to respond to the Complaint until September 29, 2023 because it is still in the process of selecting outside counsel to appear on its behalf in this case.  SitNet consented to this request, and agreed to respectfully submit this letter to Your Honor since Meta is not yet represented by outside counsel that may file an appearance and this request.

      Meta's current deadline to respond to the Complaint is August 17, 2023, and there have not been any previous requests for extension of this deadline.  The parties' next scheduled appearance before the Court is the Initial Pretrial Conference on October 5, 2023 at 9:00 a.m., and the deadline for the filing of the Joint Letter and Proposed Civil Case Management Plan and Scheduling Order is September 28, 2023.

      Respectfully yours,

      John D. Cook

Barclay Damon Tower - 125 East Jefferson Street - Syracuse, New York 13202  barclaydamon.com
JCook@barclaydamon.com  Direct: (315) 425-2885  Fax: (315) 703-7353
Also Admitted in: Massachusetts

26829514.1