UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SITNET LLC,

                              Plaintiff,

                -against-

META PLATFORMS, INC.,

                              Defendant.

23-cv-6389 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed at the October 5, 2023, conference, trial in this case will begin on January 20, 2025, and the final pretrial conference will be held on January 13, 2025, at 2:00 p.m. **By October 20, 2023, at noon**, the parties shall submit a revised case-management plan, working backward from those dates. Additionally, the parties are reminded to submit any proposed protective order promptly, and are encouraged to limit the use of "attorneys' eyes only" provisions.

SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge