UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SITNET LLC,

                Plaintiff(s),

-against-

META PLATFORMS, INC.,

                Defendant(s).

23-cv-6389 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court will hold the *Markman* hearing in this case during the week of June 24, July 1, or July 8, 2024. The parties shall meet, confer, and submit their preferred dates and availability by May 24, 2024.

    SO ORDERED.

Dated: May 21, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge