**Davis Polk**

Ashok Ramani
+1 650 752 2007
ashok.ramani@davispolk.com

Davis Polk & Wardwell LLP
1600 El Camino Real
Menlo Park, CA 94025
davispolk.com

July 18, 2024

Re: *SitNet LLC v. Meta Platforms, Inc.*, Case No. 23-cv-6389-AS (S.D.N.Y.)

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Your Honor:

We represent Meta Platforms in the above-referenced matter. As to the 2p EDT court conference scheduled for Monday, July 22, counsel for Meta respectfully requests that the conference occur on or after 4p EDT if possible. Counsel for Meta will be traveling to a hearing in another matter at 2p EDT but will be on the ground and available on or after 4p EDT. SitNet does not oppose this request.

Should the Court wish to move the conference to another day, I could appear on Friday, July 26, and my colleague Kathryn Bi could appear on Wednesday, July 24 or Thursday, July 25. We are both in court on another matter on Tuesday, July 23.

We greatly appreciate the Court's consideration.

Respectfully yours,

Ashok Ramani

The hearing is rescheduled for July 22 at 5 p.m. The dial-in information is the same.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 19, 2024