UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SITNET LLC,

               Plaintiff,

-against-

META PLATFORMS, INC.,

               Defendant.

23-cv-6389 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The motion at Dkt. 113 was addressed by the Court at Dkt. 115. The Clerk of Court is respectfully requested to terminate the motion at Dkt. 113.

    SO ORDERED.

Dated: September 20, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge