**Davis Polk**

Ashok Ramani
+1 650 752 2007
ashok.ramani@davispolk.com

Davis Polk & Wardwell LLP
900 Middlefield Road
Redwood City, CA 94063
davispolk.com

**MEMO ENDORSED**

February 6, 2025

Re: *SitNet LLC v. Meta Platforms, Inc.*, Case No. 1:23-cv-06389-JAV (S.D.N.Y.)

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Your Honor:

We represent Defendant Meta Platforms in the above-referenced action. Per Local Rule 1.4, Meta, though counsel, respectfully requests the withdrawal of the appearance of Alec Fisher in the above-captioned action and to have his name removed from the ECF distribution list. Davis Polk & Wardwell LLP will continue to serve as counsel for Meta and Mr. Fisher's withdrawal will not affect any existing deadlines.

Respectfully yours,

Ashok Ramani

cc: All counsel (via ECF)

Defendant's request to approve the withdrawal of the appearance of Alec Fisher in this action is GRANTED. The Clerk of Court is respectfully directed to remove Alec Fisher as counsel of record in this case. SO ORDERED.
DATED: 02/18/2025

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE