UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SITNET LLC,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Civil Action No.: 1:23-cv-06389-JAV |

# JOINT STATUS REPORT

Pursuant to the Court's Order dated December 3, 2025 (Dkt. 138), Plaintiff SitNet LLC ("SitNet") and Defendant Meta Platforms, Inc. ("Meta", collectively the "Parties") submit this Joint Status Report.

## I. Status of the Patents-in-Suit

This litigation involves allegations of infringement of four patents: U.S. Patent Nos. 11,470,682; 9,877,345; 8,332,454; and 8,249,932 (collectively, the "Patents-in-Suit").

Defendants filed five petitions for inter partes review ("IPR") before the Patent Trial & Appeal Board ("PTAB") challenging all asserted claims of all the Patents-in-Suit. A first IPR against U.S. Patent No. 8,249,932 was terminated on April 18, 2025 pursuant to a request by SitNet to cancel all claims. The PTAB entered Final Written Decisions for the remaining four IPRs on September 8, 2025, determining all challenged claims were unpatentable.

On November 10, 2025, SitNet filed three notices of appeal with the Court of Appeals for the Federal Circuit, which were docketed as Appeal Nos. 26-1157 (IPR2024-00529), 26-1158 (IPR2024-00530) and 26-1159 (IPR2024-00612). Appeal 26-1158 (IPR2024-00530) has been dismissed. Two appeals remain pending, Appeal Nos. 26-1157 (IPR2024-00529) and 26-1159

(IPR2024-00612), and have been consolidated for briefing and argument, with SitNet's reply brief due on September 30th and argument to be scheduled by the Court of Appeals thereafter. The appeals challenge the PTAB's unpatentability determinations. The appeals process typically takes 12-18 months.

## II. Status of Litigation

On September 12, 2024, Meta filed an unopposed letter motion to stay the case pending the outcome of the IPRs and requesting the Court order the parties to file a joint status report on or before September 25, 2025 (Dkt. 118). The Court granted Meta's letter motion on September 13, 2024 (Dkt. 119). The parties have previously filed joint status reports on September 25, 2025, and December 1, 2025, pursuant to orders of the Court.

The parties' position is that this case should remain stayed at least until a final determination by the Court of Appeals for the Federal Circuit of the appeals related to the IPR decisions.

Counsel are available should the Court have any questions.

Dated: August 14, 2026

Respectfully submitted,

/s/ *Naresh K. Kannan*

Douglas J. Nash
John D. Cook
Denis J. Sullivan
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
(315) 425-2700
dnash@barclaydamon.com
jcook@barclaydamon.com
dsullivan@barclaydamon.com

Naresh K. Kannan

Barclay Damon LLP
80 State Street
Albany, New York 12207
(518) 429-4200
nkannan@barclaydamon.com

Greg G. Gutzler
DiCello Levitt LLC
485 Lexington Avenue
Suite 1001
New York, New York 10017
(646) 933-1000
ggutzler@dicellolevitt.com

David L. Hecht
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, New York 10017
(212) 851-6821
dhecht@hechtpartners.com

Tremayne Norris
Hecht Partners LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
(212) 851-6821
tnorris@hechtpartners.com

*Attorneys for Plaintiff SitNet LLC*